UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,        Case No. 13-23115 Civ- Martinez

       Plaintiff,

vs.

Bernard H. Butts
Fotios Geivelis, Jr., also known as Frank Anastasio,
Worldwide Funding II, Limited LLC,
Douglas J. Anisky,
Sidney Banner,
Express Commercial Capital, LLC,
James Baggs,

       Defendants,

vs.

Bernard H. Butts, Jr, P.A.
Butts Holding Corporation,
Margaret A. Hering,
Global Worldwide Funding Ventures, Inc.,
PW Consulting Group, LLC,

       Relief Defendants.

_____/

FILED by ᏎA᛭ D.C.

SEP 1 9 2013

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**Defendant DOUGLAS J. ANISKY's Answer and Cross-Claim**

Comes Now, DOUGLAS A. ANISKY, *pro se* Defendant, and hereby files his answer and cross-claim and in support hereof states as follows:

Section IV Offer and sale of unregistered securities

1. The allegations contained in paragraph 1 of the complaint are hereby denied.

1

2. The allegations contained in paragraph 2 of the complaint are hereby denied.

3. The allegations contained in paragraph 3 of the complaint are hereby denied.

4. The allegations contained in paragraph 4 of the complaint are hereby denied.

5. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 5.

6. The allegations contained in paragraph 6 of the complaint are hereby denied.

7. The allegations contained in paragraph 7 of the complaint are hereby denied.

8. The allegations contained in paragraph 8 of the complaint are hereby denied.

9. The allegations contained in paragraph 7 of the complaint are hereby denied.

10. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 10.

11. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 11.

12. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 12.

13. The allegations contained in paragraph 13 of the complaint are hereby admitted.

14. The allegations contained in paragraph 14 of the complaint are hereby denied.

15. The Defendant is without knowledge as to the truth or falsity of the

allegations contained in paragraph 15.

16. The allegations contained in paragraph 16 of the complaint are hereby admitted insofar as ANISKY Is a resident of Delray Beach, Florida and that he participated in telephone conference calls and that he received payments from BUTTS' trust account in Miami, Florida, but is denied insofar as he is characterized as a sales agent that channeled investors to WORLDWIDE FUNDING.

17. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 17.

18. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 18.

19. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 19.

20. The allegations contained in paragraph 20 of the complaint are hereby admitted.

21. The allegations contained in paragraph 21 of the complaint are hereby admitted.

22. The allegations contained in paragraph 22 of the complaint are hereby admitted.

23. The allegations contained in paragraph 23 of the complaint are hereby admitted.

24. The allegations contained in paragraph 24 of the complaint are hereby admitted.

25. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 25. I was never part of or knew of the company Worldwide funding and never became a part of it nor was I ever issued any payment from Worldwide funding. I have never heard of or knew who Frank Geivelis when I was first told about the funding program from Bernard Butts.

26. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 26.

27. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 27.

28. The allegations contained in paragraph 28 of the complaint are hereby denied. It was never my intent defraud anyone of not one dollar or was it implied in anyway that I would be selling Securities.

The program presented to me and what was presented to all others to my knowledge was being presented as a **non recourse loan for humanitarian funding.**
It was to my knowledge as presented to me, a loan to an approved client and project that they were getting involved with thru Bank instruments they had access to .
I was presented this program by a prominent well respected attorney that's been practicing law for 45 years in Miami .
That I believed to be truthfull and
who verified the program and he had been a participant in prior success with the particpants and his partners me he had collected earnings from the program in access of one B on a Bank in Europe . And assured myself and the and
Clients that this was the "deal of a lifetime" he said his partner Frank was  Outstanding extremely smart beyond his age and very well-connected truthful and knowledgeable of the banking industry.
He said this verbally and stated it in writing which I have forwarded to **Ms. Hughes of the SEC**
It is my feelings that I was defrauded just as the clients were . I never added or subtracted from any of the information that they sent me. Most of the clients came in through a broker chain and I never spoke to them until they reached out to me when they had difficulty reaching Frank or Bernie.
The a small number of the clients that came in would follow the chain of (brokers in some cases 5) back to me as client Mike Deriso did when he attended a Webimar set up for the investors to attend which I was not invited to because I began to press for them for answers when ever I could reach them .
Mike captured still photos of documents that was claimed to be a POF shown on the screen presented by Frank and forwarded them to me , which I tried to identify and later forwarded to **Ms Hugh's of the SEC.**

4

29. The allegations contained in paragraph 29 of the complaint are hereby denied.

I was never informed that the funds that were sent by the client to the attorney escrow were being used to buy securities, they said it was to cover the costs and the fees of the swift transfer fees and costs.

And the money was safe inside the attorney escrow who said he would never jeopardize his law practice and money placed in escrow was not to make a purchase but for fees and "swift transfer" they had is what I was told.

30. The allegations contained in paragraph 30 of the complaint are hereby admitted. I never had a web site and I did not see or know about anyone that did. I receive and send out hundreds of emails a day ,to prospective buyers and sellers of R. E , hotels land,commodities ,business opportunities, loans , cars,artwork.

I am a Fl state licensed realtor , that marketed numerous other offers online to try to make ends meet in a tuff economy.

I never claimed to be a licensed securities broker and I never received payment as an employee or was exclusive to or said I represented World wide funding .

I acted as a broker that was told he could to be a part of something that was going to make a lot of money legally for qualified project owners thru a non recouse loan program.
If I had a project and 60k I would have came in also . And I'm sure they would have taken my money .

31. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 31. Only people that were given access to the contracts were the clients . I was not . They were sent by Bernie and Frank.

I was when sent the procedures and an client application that we the brokers signed In order to receive payment at the time of funding and this was supposed to come to Bernie then to our individual paymasters.

32. The allegations contained in paragraph 32 of the complaint are hereby denied. I think that this is about what Frank called the "mechanics of the process" he was the only one that could clearly communicate the process.He sounded very good even when questioned by attorneys or ex bankers. Bernie always would try to refer to Frank to explain it.

33. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 33. GEIVELIS and BUTTS originally told me that if I was paid just when the deal funded they would pay me more but I told them I need money up front to survive and they threatened it would have to be taken out of the lump sum money that I would get when the non recourse loan was approved and funded but I said I didn't care. I felt that if they had made so much money with this program already they could reach into their pockets and pay me for my efforts. They did not say it came from the investors escrow money because that was needed to cover costs frees swifts and they had to use more of their own money to secure the process.

34. The allegations contained in paragraph 34 of the complaint are hereby denied. I told them to at this time no one to my knowledge has been paid and neither have I and it would be wise for them to wait during this time until they were paid. The turning point was from the time they didn't show up for the client meeting in Miami and the time Mike Deriso asked me to check out the documentation they presented as POF .

Even before that I would no longer send out Bernie and Franks information and I turned away potential clients from that project .

I continued to work with the clients I knew that would call me to try to give them direction and any information relating to the program that I found out.

A client Mark and who I stayed in contact with sent me an email yesterday. It was what appeared to me as being a direct solicitation

6

from Frank trying to get money from a person named Dr. Lee. **I forwarded this information after speaking to Ms. Hughes from the SEC** , To assure her I was not affiliated with this Association in any way and to remove myself from impending damage. She had not know this and said se would like to see it because it was in violation of a restraining order.

35. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 35.

36. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 36. I had no Idea that they has 45 investors and took in 3.7M I was truly shocked.

37. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 37.

38. The allegations contained in paragraph 38 of the complaint are hereby denied. The information that was sent to me from Bernard Butts and Frank of Worldwide funding was stated as real and not fictitious they had claimed to have participated before with positive results . They convinced 45 intelligent investors it was real along with myself and independent of my input.

39. The allegations contained in paragraph 39 of the complaint are hereby denied.

40. The allegations contained in paragraph 40 of the complaint are hereby denied. all materials , were originated from World wide

Who send out updates stating the funds were in Wells Fargo bank and various others to be dispersed but being held up by Govt agency Such as Fincen and Homeland security. By this time they rarely answered my calls or would return my emails I relayed mostly on clients that I knew and continued to share info with .

41. The Defendant is without knowledge as to the truth or falsity of the

7

allegations contained in paragraph 41. Bernie was introduced as escrow agent and partner .

42. The allegations contained in paragraph 38 of the complaint are hereby denied. I believe that the program offered was real as presented to me as the clients did , and they said the up front compensation could be debited at the time of funding.

43. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 43. I worked with Erin Plattner, Calvin Cao, and Mike Darraugh . Trying to help them get a refund .
 Successful in getting Erins funds returned .Calvin who was not my client I believe received 10,000 back. No success was attained with Mike . By this time I was no longer marketing their product.I continued to work with investors to try to give them direction and any information relating to the program that I or they had learned.

44. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 44. I had no idea the amount of funds that came in to them or any way to find out.

45. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 45.

46. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 46.

47. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 47.

48. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 48.

49. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 49.

50. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 50.

51. The Defendant is without knowledge as to the truth or falsity of the

allegations contained in paragraph 51.

52. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 52.

53. The Defendant admits having received approximately $86,768 from BUTTS but denies having knowledge that these were "investors funds".

54. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 54. I did not know Sid , he must have been on a email list and started working with them on his own I didn't know he was even associated with Bernie or Frank . I never met him in person or remember to have spoke to him while he was involved with worldwide. He called me when we were both issued the summons but only spoke briefly he believed the program was 100% valid and true I'm sure, he is 90 years old.

55. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 55. I do not know Baggs or ever heard of him.

56. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 56. If it was a fact that they knew they never completed a loan transaction it was never shared with anyone and they maintained its validity long after I would no longer accepted inquiries and had

Ceased to send out there information and they stopped returning my calls.

57. The allegations contained in paragraph 57 of the complaint are hereby denied. I based my assumption that the program existed by the documentation presented to me and the attorney that make the statements was creditable and being a successful attorney for

Over 40 yrs had i felt he was close to being a judge and he would have no reason to lie to me. I was a broker that had no money and was at ease to a part of what has been verified by an attorney that had business ventures in Fl. And Europe . The returns that were advertised are something that I see on the internet very often

9

58. The allegations contained in paragraph 58 of the complaint are hereby denied. It was presented to me as a non recourse loan. All the Documentation stated that as did the procedures sent to me and the client application

59. The allegations contained in paragraph 59 of the complaint are hereby denied.

60. The allegations contained in paragraph 60 of the complaint are hereby denied.

61. The allegations contained in paragraph 61 of the complaint are hereby denied.

62. The allegations contained in paragraph 62 of the complaint are hereby denied.

63. The allegations contained in paragraph 63 of the complaint are hereby admitted.

64. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 64.

65. The allegations contained in paragraph 65 of the complaint are hereby admitted.

66. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 66.

67. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 67.

68. The allegations contained in paragraph 68 of the complaint are hereby denied.

69. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 69.

70. The allegations contained in paragraph 70 of the complaint are hereby denied.

71. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 71.

72. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 72.

73. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 73.

74. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 74.

75. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 75.They stressed to me to wait for the lump sum that I would receive at funding , I thought that in order to survive I should be compensated some of what I was making from the funding as soon as the client was approved. They stated that they would have to debit the money they gave me when funded and offered me more to wait but they agreed to 10% total.

76. The allegations contained in paragraph 76 of the complaint are hereby denied.

77. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 77.

78. The allegations contained in paragraph 78 of the complaint are hereby denied.

79. The allegations contained in paragraph 79 of the complaint are hereby denied inasmuch as ANISKY did not offer investments but only non-recourse loans to certain third parties.

80. The allegations contained in paragraph 76 of the complaint are hereby denied insofar that any and all payment instructions and procedures were issued exclusively by WORLDWIDE FUNDING and BERNARD BUTTS.

81. The allegations contained in paragraph 81 of the complaint are hereby admitted.

82. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 82.

83. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 83.

84. The allegations contained in paragraph 84 of the complaint are hereby admitted.

85. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 85.

86. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 86.

87. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 87.

88. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 88.

89. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 89.

90. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 90.

91. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 91.

92. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 92.

93. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 93.

94. The Defendant is without knowledge as to the truth or falsity of the

allegations contained in paragraph 94.

95. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 95.

96. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 96.

97. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 97.

98. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 98.

99. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 99.

100. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 100.

101. The allegations contained in paragraph 101 of the complaint are hereby admitted.

102. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 102.

103. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 103.

104. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 104.

105. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 105.

106. The allegations contained in paragraph 106 of the complaint are hereby admitted.

107. The allegations contained in paragraph 107 of the complaint are hereby admitted.

108. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 108.

109. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 109.

110. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 110.

111. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 111.

112. The allegations contained in paragraph 112 of the complaint are hereby denied.

113. The allegations contained in paragraph 113 of the complaint are hereby denied.

114. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 114.

115. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 115.

116. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 116 as relating to GEIVELIS, BUTTS, BANNER, EXPRESS COMMERCIAL and BAGGS, and further denied that ANISKY induced or attempted to induce the purchase or sale of securities but admitted insofar as ANISKY was not registered as a broker or with a broker-dealer registered with the SEC.

117. –

118. The allegations contained in paragraph 112 of the complaint are hereby denied as to ANISKY having directly or indirectly, with scienter, in the offer or sale of securities employed a device, scheme, or artifice to defraud.

119. –

120. The allegations contained in paragraph 120 of the complaint are hereby denied.

121. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 121.

122. –

123. The allegations contained in paragraph 123 of the complaint are hereby denied as to ANISKY having directly or indirectly, with scienter, in the offer or sale of securities employed a device, scheme, or artifice to defraud.

124. The allegations contained in paragraph 124 of the complaint are hereby denied.

125. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 125.

126. –

127. The allegations contained in paragraph 127 of the complaint are hereby denied.

128. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 128.

129. –

130. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 130.

131. The allegations contained in paragraph 131 of the complaint are hereby denied.

132. –

133. The Defendant is without knowledge as to the truth or falsity of the allegations contained in paragraph 133.

134. The Defendant is without knowledge as to the truth or falsity of the

allegations contained in paragraph 134.

## CROSS-CLAIM – FOTIOS GEIVELIS aka FRANK ANASTASIO and/or BERNARD H. BUTTS, Jr.

ANISKY reserves the right to file a cross-claim for restitution, disgorgement of monies, contribution, indemnification and special damages arising from FOTIOS GEIVELIS' and BERNARD H. BUTTS Jr.'s possible fraud, misrepresentations and misconduct arising out of the same transactions and occurrences set forth in the Plaintiff's complaint.

Respectfully Submitted,


_____
DOUGLAS ANISKY
*Defendant*


I hereby certify that I will deliver to the following persons a true and correct copy of the foregoing Answer and Cross Claims via US Mail, postage prepaid, this _19_ day of September, 2013.

Leslie J. Hughes
SEC
1801 California Street, Suite 1500
Denver, Colorado 80202