UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.  13-CV-23115-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FOTIOS GEIVELIS, JR., a/k/a FRANK ANASTASIO,
And WORLDWIDE FUNDING III LIMITED LLC.

    Defendants.
_____/

**DEFENDANTS FOTIOS GEIVELIS, JR., a/k/a FRANK ANASTASIO and WORLDWIDE FUNDING III LIMITED, LLC ANSWER TO PLAINTIFF'S COMPLAINT FOR SECURITIES FRAUD, INJUNCTION AND OTHER RELIEF**

COMES NOW the Defendants, FOTIOS GEIVELIS, JR., a/k/a FRANK ANASTASIO, (hereinafter "GEIVELIS") and WORLDWIDE FUNDING III LIMITED LLC (hereinafter "WORLDWIDE FUNDING"), by and through undersigned counsel, David J. Joffe, pursuant to the local Rules of the Southern District of Florida and the Federal Rules of Civil Procedure, and would hereby file this their Answer to the Plaintiff's Complaint For Securities Fraud, Injunction and other relief.  In support thereof Defendants would respond to the paragraphs in Plaintiff's complaint as follows:

    1.    Deny.

    2.    Deny.

    3.    Deny.

    4.    Deny.

    5.    Deny.

1

6. Deny.

7. Deny.

8. Deny.

9. Deny.

10. Deny.

11. Without knowledge to admit or deny, therefore deemed denied.

12. Without knowledge to admit or deny, therefore deemed denied.

13. Without knowledge to admit or deny, therefore deemed denied.

14. Admit as to personal information regarding "GEIVELIS", without knowledge as to information and allegations regarding "BUTTS".

15. Admit in part and deny in part.

16. Without knowledge to admit or deny, therefore deemed denied

17. Without knowledge to admit or deny, therefore deemed denied

18. Without knowledge to admit or deny, therefore deemed denied

19. Without knowledge to admit or deny, therefore deemed denied

20. Without knowledge to admit or deny, therefore deemed denied

21. Without knowledge to admit or deny, therefore deemed denied

22. Without knowledge to admit or deny, therefore deemed denied

23. Without knowledge to admit or deny, therefore deemed denied

24. Without knowledge to admit or deny, therefore deemed denied

25. Admit

26. Admit in part and denied in part.

27. Admit in part and denied in part.

28. Deny

29. Deny

30. Admit in part and without knowledge to admit or deny other parts, therefore deemed denied.

31. Admit in part and deny in part.

32. Deny

33. Deny

34. Without knowledge to admit or deny, therefore deemed denied.

35. Without knowledge to admit or deny, therefore deemed denied.

36. Deny

37. Without knowledge to admit or deny, therefore deemed denied.

38. Deny.

39. Deny.

40. Deny.

41. Deny.

42. Without knowledge to admit or deny, therefore deemed denied.

43. Deny.

44. Deny.

45. Without knowledge to admit or deny, therefore deemed denied

46. Without knowledge to admit or deny, therefore deemed denied

47. Without knowledge to admit or deny, therefore deemed denied

48. Without knowledge to admit or deny, therefore deemed denied

49. Without knowledge to admit or deny, therefore deemed denied

50. Without knowledge to admit or deny, therefore deemed denied

51. Without knowledge to admit or deny, therefore deemed denied

52. Without knowledge to admit or deny, therefore deemed denied

53. Without knowledge to admit or deny, therefore deemed denied

54. Without knowledge to admit or deny, therefore deemed denied

55. Without knowledge to admit or deny, therefore deemed denied

56. Deny.

57. Deny

58. Deny

59. Without knowledge to admit or deny, therefore deemed denied.

60. Deny.

61. Deny

62. Deny

63. Deny

64. Deny

65. Without knowledge to admit or deny, therefore deemed denied.

66. Deny

67. Admit in part and deny in part

68. Deny

69. Deny

70. Deny

71. Without knowledge to admit or deny, therefore deemed denied.

72. Deny.

73. Deny

74. Deny

75. Deny

76. Deny

77. Deny

78. Without knowledge to admit or deny, therefore deemed denied

79. Without knowledge to admit or deny, therefore deemed denied.

80. Without knowledge to admit or deny, therefore deemed denied.

81. Without knowledge to admit or deny, therefore deemed denied.

82. Without knowledge to admit or deny, therefore deemed denied.

83. Without knowledge to admit or deny, therefore deemed denied.

84. Without knowledge to admit or deny, therefore deemed denied.

85. Without knowledge to admit or deny, therefore deemed denied.

86. Without knowledge to admit or deny, therefore deemed denied.

87. Without knowledge to admit or deny, therefore deemed denied.

88. Without knowledge to admit or deny, therefore deemed denied.

89. Without knowledge to admit or deny, therefore deemed denied.

90. Without knowledge to admit or deny, therefore deemed denied.

91. Without knowledge to admit or deny, therefore deemed denied.

92. Without knowledge to admit or deny, therefore deemed denied.

93. Without knowledge to admit or deny, therefore deemed denied.

94. Without knowledge to admit or deny, therefore deemed denied.

95. Without knowledge to admit or deny, therefore deemed denied.

96. Without knowledge to admit or deny, therefore deemed denied.

97. Without knowledge to admit or deny, therefore deemed denied.

98. Without knowledge to admit or deny, therefore deemed denied.

99. Without knowlegde to admit or deny, therefore deemed denied.

100. Without knowledge to admit or deny, therefore deemed denied.

101. Deny.

102. Deny.

103. Deny.

104. Deny.

105. Deny.

106. Without knowledge to admit or deny, therefore deemed denied.

107. Without knowledge to admit or deny, therefore deemed denied.

108. Deny.

109. Deny.

110. Deny.

111. Deny.

112. Deny.

113. Deny.

114. Deny.

115. Deny.

116. Deny.

117. GEIVELIS and WORLDWIDE FUNDING reiterates the answers previously given to paragraphs 1-116 as if stated herein.

118. Deny.

119. Paragraph blank on Complaint.

120. Deny

121. Deny.

122. GEIVELIS and WORLDWIDE FUNDING reiterates the answers previously given to paragraphs 1-116 as if stated herein.

123. Deny.

124. Deny.

125. Without knowledge to admit or deny, therefore deemed denied.

126. GEIVELIS and WORLDWIDE FUNDING reiterates the answers previously given to paragraphs 1-116 as if stated herein.

127. Deny.

128. Deny.

129. GEIVELIS and WORLDWIDE FUNDING reiterates the answers previously given to paragraphs 1-116 as if stated herein.

130. Deny.

131. Deny.

132. GEIVELIS and WORLDWIDE FUNDING reiterates the answers previously given to paragraphs 1-116 as if stated herein.

133. Deny.

134. Deny.

WHEREFORE, based upon the foregoing answers the Defendants GEIVELIS and WORLDWIDE FUNDING respectfully requests this Honorable Court to deny all relief requested by the Plaintiff in paragraphs I-VII.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 8, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Respectfully submitted,

JOFFE LAW, P.A.
Attorney for Defendant
One East Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33301
Telephone:  (954) 723-0007
Facsimile:  (954) 723-0033

By  /s/ *David J. Joffe*
    DAVID J. JOFFE, ESQUIRE
    FLORIDA BAR NO. 0814164