UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-23115-CIV-MARTINEZ-GOODMAN

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

BERNARD H. BUTTS, JR., FOTIOS
GEIVELIS, JR., a/k/a FRANK ANASTASIO,
WORLDWIDE FUNDING III LIMITED LLC,
DOUGLAS J. ANISKY, SIDNEY BANNER,
EXPRESS COMMERCIAL CAPITAL LLC,
JAMES BAGGS

BERNARD H. BUTTS, JR., PA, BUTTS
HOLDING CORPORATION, MARGARET A.
HERING, GLOBAL WORLDWIDE FUNDING
VENTURES, INC., PW CONSULTING
GROUP LLC,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE came before the Court *sua sponte*. The record indicates that the parties remain engaged in settlement negotiations regarding the Securities and Exchange Commission's ("SEC") request for injunctive relief. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. The parties **SHALL** file a status report every sixty (60) days from the date of this Order advising the Court whether they need additional time to complete settlement negotiations.

2. The parties **SHALL** immediately notify the Court at any time that they reach an

*impasse* in their settlement negotiations. Likewise, the parties **SHALL** immediately notify the Court if they reach a settlement in this matter.

    3.    The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

    4.    The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of December, 2015.

                                                    JOSE E. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record